UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

      Plaintiff,

– against –

WINDY CITY NOVELTIES, INC.,

      Defendant.

**ORDER**

23-cv-03004 (ER)

Ramos, D.J.:

  Lamar Brown brought this action against Windy City Novelties, Inc., on April 10, 2023. Doc. 1. Windy City Novelties, was served on May 8, 2023. Doc. 5. Since then, there has been no activity in this case.

  Brown is therefore instructed to submit a status report by no later than December 5, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:  November 21, 2023
    New York, New York

                     EDGARDO RAMOS, U.S.D.J.