

**Mars Khaimov Law, PLLC**

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Sq.
New York, New York 10007

**MEMO ENDORSED**

July 2, 2024

    Re:    *Case 1:23-cv-03004-ER Brown v. Windy City Novelties, Inc.*
              <u>Request for Adjournment of Hearing</u>

Dear Judge Ramos:

    Plaintiff submits this letter-motion to request an adjournment of the Order to Show Cause hearing scheduled for July 12, 2024. Plaintiff's Counsel will be traveling in Asia that week. Thus, a new date is being requested. Further, Plaintiff has come into communication with a representative for the Defendant and the Parties are now exploring resolution options. Plaintiff requests an adjournment to August 12, 2024, to allow time for the Parties to resolve the matter, if possible. This is the first time this relief is being requested.

    We thank Your Honor for the attention and consideration herein.

                                   Respectfully submitted,

                                   <u>*/s/ Mars Khaimov*</u>
                                   Mars Khaimov, Esq.
                                   Attorney for Plaintiff

---

The show cause hearing is adjourned to August 13, 2024, at 3:30 p.m.  Brown is directed to provide a copy of this order the Windy City Novelties.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:  7/11/2024
New York, New York