UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

– against –

WINDY CITY NOVELTIES, INC.,

                Defendant.

**ORDER**

23-cv-03004 (ER)

Ramos, D.J.:

    Lamar Brown brought this action against Windy City Novelties, Inc. on April 10, 2023. Doc. 1. On August 28, 2024, the Court directed Brown to resubmit a proposed default judgment and provide a proposed Statement of Damages and the basis for each element of damages including interest, attorney's fees, and costs pursuant to the Court's Individual Practices. Doc. 18. Since then, there has been no activity in this case.

    Brown is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  July 30, 2025
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.