**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LAMAR BROWN,

                Plaintiff,

                                       Case 1:23-cv-3004

  -against-                                 ~~PROPOSED~~ **DEFAULT JUDGMENT**

WINDY CITY NOVELTIES INC.

                Defendant,

---

 This action having been commenced on April 10, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on May 8, 2023, and a proof of service having been filed on May 9, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

                  **ORDERED, ADJUDGED AND DECREED:**

        a.      A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq*., and the laws of New York, is hereby granted. ~~Within twelve months of the date of this Order, Defendant is ordered to comply with the following as follows:~~

- Defendant will retain a qualified consultant acceptable to Plaintiff to assist Defendant in complying with WCAG 2.1 guidelines for Defendant's website;

- Defendant will cooperate with the agreed upon consultant to do the following:

  - train Defendant's employees and agents who develop the website on accessibility compliance under the WCAG 2.1 guidelines;

  - regularly check the accessibility of the website under the WCAG 2.1 guidelines;

  - regularly test user accessibility by blind or vision impaired persons to ensure that Defendant's website complies with the WCAG 2.1 guidelines; and

  - develop an accessibility policy that is clearly disclosed on Defendant's website, with contact information for users to report accessibility related problems.

b.    A declaration that Defendant owns, maintains and/or operates its

Website in a manner that discriminates against the blind and which fails to provide

access for persons with disabilities as required by Americans with Disabilities Act,

42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq*., N.Y.C. Administrative

Code § 8-107, *et seq*., and the laws of New York;

c.    Compensatory damages in the amount of $1,000.00 including all applicable statutory and punitive damages and fines to Plaintiff for violations of their civil rights under New York State Human Rights Law and City Law;

d.    An award of costs and expenses of this action together with attorneys' and expert fees in the amount of $3,462.00;  and

e.    Such other and further relief as this Court may deem just, proper and equitable.

Dated:  New York, New York
August 8, 2025

_____
Honorable Edgardo Ramos
United States District Judge